# EXHIBIT A

## Case Information

### MI BOX OF GREATER AUSTIN, LLC VS ALLIED WORLD ASSURANCE COMPANY

25-3111-DCE

**Location**
Hays County - District Clerk

**Case Category**
Civil - Contract

**Case Type**
Debt/Contract - Debt/Collection

**Case Filed Date**
10/21/2025

**Judge**
Tibbe, Sherri K.

**Case Status**
Open (Filed)

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Mi Box of Greater Austin, LLC | | |
| Defendant | Allied World Assurance Company | | Brett Alan Wallingford |

## Events [4]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 10/21/2025 | Filing | ORIGINAL | Petition | Mi Box of Greater Austin LLC POP.pdf |
| 10/21/2025 | Filing | APPL | Application (No Fee) | Mi Box - Request for Citation.pdf |
| 10/28/2025 | Service | Citation | - | - |
| 1/27/2026 | Filing | ANS | Defendant Allied World Assurance Company's Original Answer and Defenses | AWAC-MI Box - Defendant's Original Answer and Defenses.pdf |

© 2026 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.9.2.1680

