# EXHIBIT B-2

**AMANDA K. CALVERT**
Hays County District Clerk
Hays County Government Center   712 S. Stagecoach Trail #2211   San Marcos, Texas 78666
PHONE (512) 393-7660   FAX (512)393-7674

FILED
10/21/2025 1:34 PM
Amanda K. Calvert
District Clerk
Hays County, Texas

ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 25-3111-DCE

**TYPE OF PROCESS**:
☒ Citation    ☐ Citation by Posting    ☐ Temporary Restraining Order
☐ Citation by Publication (Please indicate which newspaper below)
☐ Temporary Injunction    ☐ Permanent Injunction    ☐ Show Cause Notice
☐ Precept    ☐ Appl. and Temp Ex Parte Protective Order    ☐ Capias
☐ Writ of Attachment (person)    ☐ Writ of Habeas Corpus    ☐ Writ of Sequestration
☐ Writ of Garnishment    ☐ Civil Subpoena    ☐ Criminal Subpoena
☐ Scire Facias  (Death of Plaintiff) (Death of Defendant) (Revive Dormant Judgment)
☐ Other _____ (Do not request post judgment remedies on this form, use other form (Execution, Orders of Sale, Abstracts)

**TYPE OF SERVICE:**
☐ Attorney will pick up (Place in Attorney Box)
☐ Runner/Process Server will pick up (Place in pick up box)
☒ E-Mail to Attorney's Office/Requesting Party: eforasiepi@hodgefirm.com & mwilliams@hodgefirm.com
☐ Mail to Attorney's Office/Requesting Party
☐ Forward to Constable's Office (Circle one) Precinct - 1  2  3  4  5
(**Service Fee and Copy or Copy Fee Required**)
☐ Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
☐ Publication (Circle one)  Hays Free Press    San Marcos Daily Record    OCA
(*Service Fee Required*)  **Brief Statement of Suit Required** (use reverse side)
☐ Posting at Courthouse Door (*Service fee/copy fee required*)
**Brief Statement of Suit Required (**use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: Plaintiff's Original Petition October 21, 2025

PARTY TO BE SERVED: (Please fill out a new request form per party to be served)
**Do not complete this section if requesting Criminal / Civil Subpoena**
NAME/AGENT: Allied World Assurance Company/Corporation Service Company

ADDRESS: 211 East 7th Street, Suite 620

CITY/STATE/ZIP: Austin, Texas 78701-3218

SIGNATURE OF PARTY REQUESTING SERVICE: /s/ Mikal D. Williams
PHONE NUMBER: 409-762-5000    E-MAIL: mwilliams@hodgefirm.com

**IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED****

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emily Forasiepi on behalf of Mikal Williams
Bar No. 24107965
eforasiepi@hodgefirm.com
Envelope ID: 107104222
Filing Code Description: Petition
Filing Description: Petition
Status as of 10/23/2025 9:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Gabriel Bethscheider | | gbethscheider@hodgefirm.com | 10/21/2025 1:34:55 PM | SENT |
| Emily Forasiepi | | eforasiepi@hodgefirm.com | 10/21/2025 1:34:55 PM | SENT |
| Becky ABethscheider | | bbethscheider@hodgefirm.com | 10/21/2025 1:34:55 PM | SENT |
| Lucy Dawson | | ldawson@hodgefirm.com | 10/21/2025 1:34:55 PM | SENT |
| Mikal Williams | | mwilliams@hodgefirm.com | 10/21/2025 1:34:55 PM | SENT |

Copy from re:SearchTX