THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MI BOX OF GREATER AUSTIN, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 1:26-cv-00278-DAE |
| ALLIED WORLD ASSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT ALLIED WORLD ASSURANCE COMPANY (U.S.) INC'S AMENDED CERTIFICATE OF SERVICE TO NOTICE OF REMOVAL

Pursuant to the Court's notice on February 6, 2026, this Amended Certificate of Service certifies that on February 5, 2026, a true and correct copy of Defendant Allied World Assurance Company (U.S.) Inc.'s Notice of Removal was delivered to all known counsel of record via electronic mail as follows:

*Via Email*
Mikal D Williams
State Bar No. 24107965
mwilliams@hodgefirm.com
Shaun W. Hodge
State Bar No. 24052995
shodge@hodgefirm.com
**The Hodge Law Firm, PLLC**
1301 Market Street
Galveston, TX 77550
Telephone (409) 762-5000
Facsimile: (409) 763-2300

*Attorneys for Plaintiff*

                                                                   */s/ Brett A. Wallingford*
                                                                    Brett A. Wallingford